FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE COMBS, | ) |
| | ) Case No. 2:15-cv-00292-RFB-CWH |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **DISMISSAL** |
| | ) |
| GLOBAL EXPERIENCE SPECIALISTS, | ) |
| INC., a Nevada Corporation, Does I-X and | ) |
| Roe Business Entities I-X, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

KEMP & KEMP                                      FISHER & PHILLIPS LLP

By: /s/ James P. Kemp, Esq.              By: /s/ Scott M. Mahoney, Esq.
    7435 W. Azure Dr.                              3800 Howard Hughes Parkway
    Suite 110                                              Suite 950
    Las Vegas, Nevada 89130               Las Vegas, Nevada 89169
    Attorneys for Plaintiff                         Attorneys for Defendant

## ORDER

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge
DATED this 31st day of May, 2015.

FPDOCS 30682603.1                                    - 1 -